## MALLOY v. COOPER

No. 595PA01

Case below: 146 N.C. App. 66

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 November 2001.

## MERRICK v. PETERSON

No. 392P01

Case below: 143 N.C. App. 656

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## MILON v. DUKE UNIV.

No. 549A01

Case below: 145 N.C. App. 609

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 November 2001. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 November 2001.

## MORRIS COMMUNICATIONS CORP. v. CITY OF ASHEVILLE

No. 558PA01

Case below: 145 N.C. App. 597

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 8 November 2001.

## MUSCATELL v. MUSCATELL

No. 428P01

Case below: 145 N.C. App. 198

Petition by defendant (Rande J. Muscatell) for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.